# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SIGFOX INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-10274 (MFW) |
| SIGFOX USA LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-10275 (MFW) |
| SIGFOX NIP LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-10276 (MFW) |

**STATUS REPORT OF CHAPTER 7 TRUSTEE, GEORGE L. MILLER**

George L. Miller, the chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors") by and through his counsel hereby files a Status Report of the Estates.

As of this filing the Trustee is near completion of Estate administration and anticipates submitting the Trustee's Final Report for each Estate, if appropriate, to the Office of the United States Trustee for review in late February, 2025.

Date: January 23, 2025
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
302-295-2028
302-295-2013 Fax
jcarroll@cozen.com

*Counsel to the Chapter 7 Trustee,*
*George L. Miller*

75300066\1 6010823/00551901